**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**v.**                   **Case No. 4:15-cr-00228 KGB**

**GARY LEMOND SHORTER**                                                 **DEFENDANT**

## AMENDMENT TO JUDGMENT AND COMMITMENT ORDER

The Judgment and Commitment Order entered in this matter on January 19, 2017 (Dkt. No. 32) is hereby amended to reflect the following condition of supervised release:

1. The defendant shall disclose financial information upon request of the U.S. Probation Office, including but not limited to, loans, lines of credit, and tax returns. This also includes records of any business with which the defendant is associated. No new lines of credit shall be established without prior approval of the U.S. Probation Office until all criminal penalties have been satisfied.

All other conditions set forth in the original Judgment and Commitment Order (Dkt. No. 32) remain in full force and effect.

It is so ordered this 20th day of January, 2017.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge